**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

UNITED STATES OF AMERICA

v.

GERALD G. LUNDERGAN and
DALE C. EMMONS,

    *Defendants.*

Case No. 5:18-cr-106-GFVT

_____

**DEFENDANTS' JOINT MOTION TO CONTINUE SENTENCING AND**
**RESET FILING DEADLINES**
_____

Come the Defendants, Gerald G. Lundergan and Dale C. Emmons, by counsel, and jointly move the Court to continue the sentencing presently set for January 22, 2020, and to reset filing deadlines as set forth below. The government has been consulted concerning this motion and does not object.

Specifically, Defendants request that the Court continue the sentencing to a date certain after March 20, 2020, and establish the following deadlines:

- January 2, 2020: Deadline for disclosure of the Pre-Sentence Report ("PSR") by the United States Probation Office;

- January 4, 2020: Deadline for Defendants to file reply memorandum in support of Defendants' Joint Renewed Motion for a Judgment of Acquittal or, in the Alternative, Motion for a New Trial (Dkt. 310);

- February 7, 2020: Deadline for parties' objections to the PSR;

- Fifteen (15) days prior to sentencing date: Deadline for disclosure of the final PSR;

1

- Five (5) days prior to sentencing date: Deadline for parties to file memoranda regarding unresolved sentencing objections; and

- Five (5) days prior to sentencing date: Deadline for parties to file any memoranda addressing sentencing factors pursuant to 18 U.S.C. § 3553(a).

In support of this motion, Defendants state as follows:

1.       This request would result in an approximate sixty (60) day postponement of the scheduled sentencing.  Defendants submit that a postponement of this length is not unreasonable. No postponement has been previously requested. The motion is made for good cause to accommodate the many demands of sentencing preparation as well as the schedules of counsel. The motion is not made for purposes of delay.

2.       At present, several critical filing deadlines will occur in the midst of the holiday season. Specifically, the PSR will be disclosed on or about December 18, 2019, and Defendants' reply memorandum in support of Defendants' Joint Renewed Motion for a Judgment of Acquittal or, in the Alternative, Motion for a New Trial will be due on December 26, 2019.

3.       As a result of the existing schedule, counsel for Defendants will suffer significant disruption during the holiday season as a result of preparing and filing the reply memorandum by December 26.  In addition, all parties will suffer a significant disruption during the holiday season as a result of the need to prepare important objections to the PSR.

4.       The foregoing schedule proposed by Defendants does not request an unreasonable delay of the sentencing.  The proposed schedule addresses the important interests of allowing the parties additional time to address the critical task of considering and filing objections to the PSR, as well as other important filings necessary to a well-informed sentencing proceeding.  The continuance will also ensure that the Court has sufficient time to consider the arguments made in

Defendants' Joint Renewed Motion for a Judgment of Acquittal or, in the Alternative, Motion for a New Trial.

5.      The requested continuance of the sentencing and modification of the deadlines as set forth above is not made for purposes of delay.  Rather, the request is made so as not to unnecessarily cause significant disruption during the holiday season and to allow the parties sufficient time to address the all-important PSR and other matters related to sentencing in this matter.

WHEREFORE, the Defendants respectfully request that the Court grant the relief sought herein.

Respectfully submitted,

TRUE GUARNIERI AYER, LLP

By: /s/ J. Guthrie True

J. Guthrie True
Whitney True Lawson
124 Clinton Street
Frankfort, KY 40601
Telephone: (502) 605-9900
Facsimile: (502) 605-9901
E-mail: gtrue@truelawky.com

Marc E. Elias (*pro hac vice*)
Elisabeth C. Frost (*pro hac vice*)
Amanda R. Callais (*pro hac vice*)
PERKINS COIE LLP
700 13th Street, NW, Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
E-mail: melias@perkinscoie.com
E-mail: efrost@perkinscoie.com
E-mail: acallais@perkinscoie.com

*Counsel for Defendant, Gerald G. Lundergan*

3

Brandon W. Marshall
Patrick F. Nash
129 West Short Street
Lexington, KY 40507
Telephone: (859) 254-3232
Facsimile: (859) 225-4746
E-mail: bwmarshall@nashmarshall.com
E-mail: pfnash@nashmarshall.com

*Counsel for Defendant, Dale C. Emmons*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on all counsel of record this 21st day of November, 2019, by filing a copy of the same with the Electronic Court Filing System of the United States District Court for the Eastern District of Kentucky.

   /s/ J. Guthrie True
Counsel for Defendant, Gerald G. Lundergan

4